**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hochenbaum, Zohar Z** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Hochenbaum, Rita Lynn** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5184** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-6600** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2680 N. Orchard**<br>**Chicago, IL**    ZIP Code **60614** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2680 N. Orchard**<br>**Chicago, IL**    ZIP Code **60614** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **2427 W. 127th Street**<br>**Blue Island, IL 60406** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9            of a Foreign Main Proceeding<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12          of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**   |   THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                     Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hochenbaum, Zohar Z**<br>**Hochenbaum, Rita Lynn** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Ken Ditkowsky**            **September 15, 2010**<br>Signature of Attorney for Debtor(s)            (Date)<br>**Ken Ditkowsky** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                            Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Hochenbaum, Zohar Z
Hochenbaum, Rita Lynn

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Zohar Z Hochenbaum**
Signature of Debtor **Zohar Z Hochenbaum**

**X** **/s/ Rita Lynn Hochenbaum**
Signature of Joint Debtor **Rita Lynn Hochenbaum**

Telephone Number (If not represented by attorney)

**September 15, 2010**
Date

### Signature of Attorney*

**X** **/s/ Ken Ditkowsky**
Signature of Attorney for Debtor(s)

**Ken Ditkowsky**
Printed Name of Attorney for Debtor(s)

**Law Offices of Ken Ditkowsky**
Firm Name

**5940 West Touhy Avenue**
**Suite 230**
**Niles, IL 60714**
Address

**Email: kenditkowsky@yahoo.com**
**847 600 3421  Fax: 847 600 3425**
Telephone Number

**September 15, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:                                              )   Chapter **7**
    **Zohar Z Hochenbaum**              )   Bankruptcy Case No.
    **Rita Lynn Hochenbaum**            )
                                        )
                                        )
    Debtor(s)                           )

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

PART I - DECLARATION OF PETITIONER        Date:     __September 15, 2010__
A.    To be completed in all cases.

    I(We)  __Zohar Z Hochenbaum__  and  __Rita Lynn Hochenbaum__ , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, and Application for Waiver of the Chapter 7 Filing Fee, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B.    To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

    ☒    I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.    To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

    ☐    I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: ___*Zohar Z Hochenbaum*___    Signature ___*Rita Lynn Hochenbaum*___
    Zohar Z Hochenbaum        Rita Lynn Hochenbaum
    (Debtor or Corporate Officer, Partner or Member)    (Joint Debtor)

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Zohar Z Hochenbaum**
        **Rita Lynn Hochenbaum**

Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                Page 2

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Zohar Z Hochenbaum**
                     **Zohar Z Hochenbaum**

Date:    **September 15, 2010**

Certificate Number: 01267-ILN-CC-011762377



01267-ILN-CC-011762377

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 25, 2010</u>, at <u>11:47</u> o'clock <u>PM CDT</u>, <u>Zohar Hochenbaum</u> received from <u>Money Management International, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>July 25, 2010</u>                By:   <u>/s/Jesse Perez</u>

                                        Name:   <u>Jesse Perez</u>

                                        Title:   <u>Counselor 1</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Zohar Z Hochenbaum**
**Rita Lynn Hochenbaum**

Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                                Page 2

    □ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        □ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        □ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        □ Active military duty in a military combat zone.

    □ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Rita Lynn Hochenbaum**
                      **Rita Lynn Hochenbaum**

Date:   **September 15, 2010**

Certificate Number: 01267-ILN-CC-011762379



01267-ILN-CC-011762379

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 25, 2010</u>, at <u>11:47</u> o'clock <u>PM CDT</u>, <u>Rita Hochenbaum</u> received from <u>Money Management International, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>July 25, 2010</u>          By:   <u>/s/Jesse Perez</u>

                                  Name:  <u>Jesse Perez</u>

                                  Title:  <u>Counselor 1</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Zohar Z Hochenbaum,**
        **Rita Lynn Hochenbaum**

Case No. _____

                         Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 385,000.00 | | |
| B - Personal Property | Yes | 4 | 36,324.92 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 364,206.89 | |
| E - Creditors Holding Unsecured Priority Claims   (Total of Claims on Schedule E) | Yes | 4 | | 186,409.14 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 481,082.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 730.17 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,123.00 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| | | Total Assets | 421,324.92 | | |
| | | | Total Liabilities | 1,031,698.22 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re      **Zohar Z Hochenbaum,**                                    Case No. _____
           **Rita Lynn Hochenbaum**
                                                          ,
                                        Debtors            Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Zohar Z Hochenbaum,**
        **Rita Lynn Hochenbaum**

Case No. _____

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **MZL Limited Partnership**<br>**2427 W. 127th Street**<br>**Blue Island, Illinois** | | H | 385,000.00 | 345,540.88 |

|  | Sub-Total > | 385,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 385,000.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Zohar Z Hochenbaum,**
    **Rita Lynn Hochenbaum**
                           ,
                  Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash**<br>**Location: 2680 N. Orchard, Chicago IL 60614** | **J** | **2,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **US Bank a/c 199372665323** | **W** | **175.00** |
| | | **First Midwest Bank** | **H** | **16.12** |
| | | **CitiBank, a/c#907792396** | **H** | **3.80** |
| | | **Citibank /ac# 909927040** | **W** | **19.00** |
| | | **First Midwest Bank Payroll Account** | **H** | **Unknown** |
| | | **Chase Bank, a/c# 878943596** | **J** | **5,986.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Location: 2680 N. Orchard, Chicago IL 60614** | **J** | **2,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **2 Posters, 3 Paintings**<br>**Location: 2680 N. Orchard, Chicago IL 60614** | **J** | **1,500.00** |
| 6. Wearing apparel. | | **Various mens shirts, jeans, 2 mens suits, 4 dresses, 5 jeans, 20 womens tops**<br>**Location: 2680 N. Orchard, Chicago IL 60614** | **J** | **1,200.00** |
| 7. Furs and jewelry. | | **Neclaces, Silver Rings, Silver Bracelets, Earrings, 2 watches, Lamb coat**<br>**Location: 2680 N. Orchard, Chicago IL 60614** | **J** | **2,500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **1 Camera**<br>**Location: 2680 N. Orchard, Chicago IL 60614** | **J** | **300.00** |

                                           Sub-Total >       **16,199.92**
                                         (Total of this page)

   **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Zohar Z Hochenbaum,**                                            Case No. _____
           **Rita Lynn Hochenbaum**

_____,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Blue Island Nursing Home, Inc.** | J | 0.00 |
|  | | **MZL Limited Partnership (owns Real Estate)** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **HFS State of Illinois (Blue Isand) Springfield Illinois** | H | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >                           0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Zohar Z Hochenbaum,**
       **Rita Lynn Hochenbaum**

Case No. _____

                           Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Toyota Camry - (daughter joint tenant) Location: 2680 N. Orchard, Chicago IL 60614** | H | 2,500.00 |
| | | **2002 Mercedes Benz SLK 32 Location: 2680 N. Orchard, Chicago IL 60614** | W | 16,125.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Blue Island Nursing Home, Inc. 2427 W. 127th Street Blue Island, Illinois 60406** | H | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Blue Island Nursing Home, Inc. 2427 W. 127th Street Blue Island, Illinois 60706** | H | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

                                          Sub-Total >        **20,125.00**
                                       (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Zohar Z Hochenbaum,**                            Case No. _____

         **Rita Lynn Hochenbaum**

                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)
Total >    **36,324.92**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Zohar Z Hochenbaum,**
    **Rita Lynn Hochenbaum**

Case No. _____

Debtors ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **US Bank a/c 199372665323** | **735 ILCS 5/12-1001(b)** | **175.00** | **175.00** |
| **First Midwest Bank** | **735 ILCS 5/12-1001(b)** | **16.12** | **16.12** |
| **CitiBank, a/c#907792396** | **735 ILCS 5/12-1001(b)** | **3.80** | **3.80** |
| **Citibank /ac# 909927040** | **735 ILCS 5/12-1001(b)** | **19.00** | **19.00** |
| **Household Goods and Furnishings** | | | |
| **Location: 2680 N. Orchard, Chicago IL 60614** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **2,500.00** |
| **Wearing Apparel** | | | |
| **Various mens shirts, jeans, 2 mens suits, 4 dresses, 5 jeans, 20 womens tops** | **735 ILCS 5/12-1001(a)** | **500.00** | **1,200.00** |
| **Location: 2680 N. Orchard, Chicago IL 60614** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Toyota Camry - (daughter joint tenant)** | **735 ILCS 5/12-1001(c)** | **2,500.00** | **2,500.00** |
| **Location: 2680 N. Orchard, Chicago IL 60614** | | | |
| **2002 Mercedes Benz SLK 32** | **735 ILCS 5/12-1001(c)** | **Unknown** | **16,125.00** |
| **Location: 2680 N. Orchard, Chicago IL 60614** | | | |

| | Total: | **4,213.92** | **22,538.92** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Zohar Z Hochenbaum,**
    **Rita Lynn Hochenbaum**

Case No. _____

                                 Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. **4709452** <br><br> **Capital One Auto Finance** | | J | May 3, 2007 <br><br> **2002 Mercedes Benz SLK 32 Location: 2680 N. Orchard, Chicago IL 60614** | | | | | |
| | | | Value $         **16,125.00** | | | | **18,666.01** | **2,541.01** |
| Account No. <br><br> **First Midwest Bank 17500 S. Oak Park Avenue Tinley Park, IL 60477** | | J | **First Mortgage** <br><br> **MZL Limited Partnership 2427 W. 127th Street Blue Island, Illinois** | | | | | |
| | | | Value $        **385,000.00** | | | | **285,240.88** | **Unknown** |
| Account No. **003112020979-53929** <br><br> **First Midwest Bank PO Box 9003 Gurnee, IL 60031** | | J | **Second Mortgage** <br><br> **MZL Limited Partnership 2427 W. 127th Street Blue Island, Illinois** | | | | | |
| | | | Value $        **385,000.00** | | | | **60,300.00** | **0.00** |
| Account No. <br><br> | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal (Total of this page) | **364,206.89** | **2,541.01** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **364,206.89** | **2,541.01** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Zohar Z Hochenbaum,**                                                            Case No. _____
          **Rita Lynn Hochenbaum**

                                                              ,
                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**3** _____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Zohar Z Hochenbaum,**
         **Rita Lynn Hochenbaum**                                    Case No. _____

                                              _____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Payroll** <br><br> **First Midwest Bank** | | J | Trade debt | | | | 26,000.00 | 26,000.00 <br><br> 0.00 |
| Account No. <br><br> **Illinois State Disbursements** | | J | Trade debt | | | | 355.00 | 0.00 <br><br> 355.00 |
| Account No. <br><br> **SEIU Local #4** <br> **7026 W. North Ave** <br> **STE 200** <br> **Elmwood Park, IL 60707** | | J | Trade debt | | | | Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **WI SCTF** <br> **Milwaukee, WI** | | J | | | | | Unknown | Unknown <br><br> 0.00 |
| Account No. | | | | | | | | |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 26,000.00 |
| (Total of this page) | 26,355.00 | 355.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Zohar Z Hochenbaum,**
         **Rita Lynn Hochenbaum**                                                    Case No. _____
_____,
                                                        Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **Union Dues - monthly** | | | | Trade debt | | | | | |
| **SEIU Local #4** **7026 W. North Avenue** **Suite 200** **Elmwood Park, IL 60707** | | J | | | | | | | **Unknown** |
| | | | | | | | | **25,000.00** | **Unknown** |
| Account No. **Health & Welfare Fund** | | | | Trade debt | | | | | |
| **SEIU Local #4** **7026 W. North Avenue** **Suite 200** **Elmwood Park, IL 60707** | | J | | | | | | | **Unknown** |
| | | | | | | | | **12,753.17** | **Unknown** |
| Account No. **Employees Pension Fund** | | | | Trade debt | | | | | |
| **SEIU Local #4** **7026 W. North Avenue** **Suite 200** **Elmwood Park, IL 60707** | | J | | | | | | | **Unknown** |
| | | | | | | | | **7,545.56** | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | **0.00** |
(Total of this page) | **45,298.73** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Zohar Z Hochenbaum,**
**Rita Lynn Hochenbaum**

Case No. _____

Debtors ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **Blue Island Nursing Home** **Cook County Treasurer** **118 N. Clark Street** **Suite 12** **Chicago, IL 60602** | | | J | | Trade debt | | | | 64,000.00 | Unknown Unknown |
| Account No. **IDES** **1615 Oak Avenue** **Evanston, IL 60201** | | | J | | Trade debt | | | | 5,202.41 | Unknown Unknown |
| Account No. **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    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** **Illinois Department of Revenue** **P.O. Box 1040** **Galesburg, IL 61402-1040** | | | J | | | | | | 5,710.00 | Unknown Unknown |
| Account No. **Violation Fine** **Illinois Dept of Public Health** **4212 W. Saint Shaws Road** **Bellwood, IL 60104** | | | J | | Trade debt | | | | 7,500.00 | Unknown Unknown |
| Account No. **xxx-xx-5184 xxx-xx-6600** **Internal Revenue Service** **230 S. Dearborn Street** **Chicago, IL 60604** | | | J | | 2008 & 2009 Federal Inc Taxes | | | | 32,343.00 | Unknown Unknown |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 114,755.41 | 0.00 0.00 |
| Total (Report on Summary of Schedules) | 186,409.14 | 26,000.00 355.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Zohar Z Hochenbaum,**
      **Rita Lynn Hochenbaum**

Case No. _____

                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Access One** | | | J | | **Trade debt** | | | | 3,946.29 |
| Account No. **712179811**<br><br>**Advocate Illinois Masonic Hospital** | | | J | | **Medical** | | | | 546.00 |
| Account No.<br><br>**Alan Lasser, MD**<br>**4905 Old Orchard**<br>**Suite 318**<br>**Skokie, IL 60077** | | | J | | **Medical** | | | | 110.00 |
| Account No.<br><br>**All Brand Medical**<br>**1935 Shermer Road**<br>**Northbrook, IL 60062** | | | J | | **Trade debt** | | | | 753.36 |
| __27__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 5,355.65 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zohar Z Hochenbaum,**
       **Rita Lynn Hochenbaum**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3-0721-1006782** <br><br> **Allied Waste Services** <br> **13701 Crestwood II** <br> **Crestwood, IL 60445** | | J | Trade debt | | | | 414.55 |
| Account No. **L 15495** <br><br> **ALW Sourcing Inc** <br> **1804 Washington Blvd.** <br> **Baltimore, MD 21230** | | H | Trade debt | | | | 115.00 |
| Account No. **-127737910010305041** <br><br> **Amex** <br> **P.O. Box 981537** <br> **El Paso, TX 79998** | | J | Opened 6/01/05 Last Active 6/01/07 CreditCard | | | | Unknown |
| Account No. **Collection** <br><br> **ARM Solution** <br> **28161 N Keith Dr** <br> **Lake Forest, IL 60045** | | J | Trade debt | | | | Unknown |
| Account No. **1002416026** <br><br> **Armor Systems Co (Original Creditor** <br> **1700 Kiefer Dr Ste 1** <br> **Zion, IL 60099** | | H | Opened 6/26/09 Last Active 1/01/10 Collection Vadim Edelstein Md Ltd | | | | 670.00 |

Sheet no. __1__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,199.55

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zohar Z Hochenbaum,**
      **Rita Lynn Hochenbaum**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **Assurance Agency** **One Century Centre** **Schaumburg, IL 60173** | | | J | | | | | | **Unknown** |
| Account No. | | | | | Trade debt | | | | |
| **AT&T** **PO Box 8100** **Aurora, IL 60507-8100** | | | J | | | | | | **1,100.00** |
| Account No. | | | | | Trade debt | | | | |
| **Atlas Fire & Safety** **10685-B Hazelhurst Drive** **Houston, TX 77043** | | | J | | | | | | **Unknown** |
| Account No. **2397** | | | | | Opened  8/15/07  Last Active  7/01/10 CreditCard | | | | |
| **Bank Of America** **Po Box 17054** **Wilmington, DE 19850** | | | J | | | | | | **1,023.00** |
| Account No. **488 9400 5039 5413** | | | | | Opened  2/27/07  Last Active  6/01/10 CreditCard | | | | |
| **Bank Of America** **Po Box 17054** **Wilmington, DE 19850** | | | J | | | | | | **554.00** |

Sheet no. __2__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,677.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zohar Z Hochenbaum,**
**Rita Lynn Hochenbaum**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 00312020979-6109 | | | | | 2007 to current Trade debt | | | | |
| Bill Klein 2721 W. Peterson Avenue Chicago, IL 60659 | | J | | | | | | | 150,000.00 |
| Account No. | | | | | Trade debt | | | | |
| Blue Island Currency Blue Island, IL | | J | | | | | | | 2,826.77 |
| Account No. | | | | | | | | | |
| Canine Coiffure Ltd 454 Green Bay Rd #4 Highwood, IL 60040 | | J | | | | | | | 10,000.00 |
| Account No. 517805729018 | | | | | Opened 7/28/07 Last Active 6/01/10 CreditCard | | | | |
| Cap One Po Box 85520 Richmond, VA 23285 | | H | | | | | | | 532.17 |
| Account No. 6019182302272549 | | | | | Opened 2/19/07 Last Active 6/01/10 ChargeAccount | | | | |
| Care/Gemb Po Box 981439 El Paso, TX 79998-1439 | | W | | | | | | | 4,031.00 |

Sheet no. __3__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

167,389.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zohar Z Hochenbaum,**
       **Rita Lynn Hochenbaum**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Christine Koziel 1632 S. Trumbull Avenue Chicago, IL 60623 | | J | | | | | | 1,000.00 |
| Account No. | | | | Trade debt | | | | |
| City of Blue Island 13051 S. Greenwood Avenue Blue Island, IL 60406 | | J | | | | | | 2,127.98 |
| Account No. | | | | Trade debt | | | | |
| Comcast PO Box 3002 Southeastern, PA 19398-3002 | | J | | | | | | 1,047.10 |
| Account No. | | | | Trade debt | | | | |
| CommonWealth Edison Customer Care P.O. Box 805379 Chicago, IL 60660 | | H | | | | | X | 11,090.02 |
| Account No. | | | | Trade debt | | | | |
| Crest Healthcare | | J | | | | | | 124.00 |

Sheet no. __4__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,389.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zohar Z Hochenbaum,**
**Rita Lynn Hochenbaum**                                            Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Currency Exchange PLS** | | J | | | | | **6,431.25** |
| Account No. | | | Trade debt | | | | |
| **Cynthia Chow & Associates**<br>**5061 N. Pulaski Road**<br>**Suite 300**<br>**Chicago, IL 60630** | | J | | | | | **1,531.00** |
| Account No. | | | Trade debt | | | | |
| **David Gilfand**<br>**520 Lake Cook Road**<br>**Deerfield, IL 60015** | | H | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Direct Supply**<br>**6767 N. Industrial Road**<br>**Milwaukee, WI 53223** | | H | | | | | **1,879.66** |
| Account No. | | | Trade debt | | | | |
| **Diverse Media, Inc.**<br>**28720 Interstate 10 W**<br>**Boerne, TX 78006** | | J | | | | | **Unknown** |

Sheet no. __5__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **9,841.91**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zohar Z Hochenbaum,**
      **Rita Lynn Hochenbaum**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **DMC Security** **4455 147th Street** **Midlothian, IL 60445** | | J | | | | | 240.00 |
| Account No. | | | Trade debt | | | | |
| **Donald Nelson** **c/o Kurtz Augenlicht, LLP** **123 W Madison St, STE 700** **Chicago, IL 60602** | | J | | | | | 4,587.77 |
| Account No. | | | Trade debt | | | | |
| **Dowd, Bloch & Bennet** **8 S. Michigan Avenue** **19th Floor** **Chicago, IL 60603** | | J | | | | | Unknown |
| Account No. | | | Trade debt | | | | |
| **Emdeon Business Service** **formerly Medifax** **3055 Lebanon Pike, STE 1000** **Nashville, TN 37214** | | J | | | | | 29.79 |
| Account No. | | | Trade debt | | | | |
| **Empire Cooler** **940 W. Chicago Avenue** **Chicago, IL 60622** | | - | | | | | Unknown |

Sheet no. __6__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,857.56

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zohar Z Hochenbaum,**
        **Rita Lynn Hochenbaum**
        _____,
                                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3825438271710** <br><br> **Encore Receivable Mgmt** <br> **400 N Rogers Rd** <br> **PO Box 3330** <br> **Olathe, KS 66063-3330** | | H | | | | | **Unknown** |
| Account No. <br><br> **Fashion First** <br> **8844 N Kostner** <br> **Skokie, IL 60076** | | J | Trade debt | | | | **3,044.85** |
| Account No. <br><br> **Ferry & Associates Architects** <br> **217 S. 7th Street** <br> **Springfield, IL 62701** | | J | Trade debt | | | | **2,089.75** |
| Account No. **10236227** <br><br> **Ffcc-Columbus Inc (Original Credito** <br> **1550 Old Henderson Rd St** <br> **Columbus, OH 43220** | | H | Opened  7/16/09  Last Active  6/01/10 <br> Collection In Psychiatric Wellness | | | | **450.00** |
| Account No. **++++ ++++ ++++ 2397** <br><br> **FIA Card Services** <br> **Card Services Payment Processing Ct** <br> **PO Box 15137** <br> **Wilmington, DE 19850-5137** | | H | | | | | **Unknown** |

Sheet no.  **7**   of  **27**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,584.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zohar Z Hochenbaum,**
        **Rita Lynn Hochenbaum**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **First Insurance Funding** 450 Skokie Blvd Suite 1000 Northbrook, IL | | J | | | | | Unknown |
| Account No. **Term Loan** **First Midwest Bank** | | J | Trade debt | | | | 44,098.00 |
| Account No. **Loan** **First Midwest Bank** | | J | Trade debt | | | | 5,500.00 |
| Account No. **5057934** **Flatiron Capital** 950 17th St STE 1300 Denver, CO 80202 | | J | Trade debt | | | | Unknown |
| Account No. **14821** **G.I. Specialists** P.O. Box 77-2788 Chicago, IL 60678 | | H | Medical | | | | 252.88 |

Sheet no. __8__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 49,850.88 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Zohar Z Hochenbaum,**
**Rita Lynn Hochenbaum**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **General Plumbing** | | J | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Gordon Food Service** **220 E. Roosevelt Road** **Villa Park, IL** | | J | | | | | | |
| | | | | | | | | **3,437.00** |
| Account No. | | | | Trade debt | | | | |
| **Groszek Law Firm** **3601 N. Pulaski Road** **Chicago, IL 60641** | | J | | | | | | |
| | | | | | | | | **4,224.63** |
| Account No. | | | | Trade debt | | | | |
| **Harley Ellis Devereaux** **401 W. Superior Street** **Chicago, IL 60654** | | H | | | | | | |
| | | | | | | | | **17,191.63** |
| Account No. | | | | | | | | |
| **Harris & Harris** | | J | | | | | | |
| | | | | | | | | **62.87** |

| | | |
|---|---|---|
| Sheet no. __9__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **24,916.13** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zohar Z Hochenbaum,**
         **Rita Lynn Hochenbaum**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Harry Miller Laundry, Inc.** **3900 W. 127th Street** **Alsip, IL 60803** | | J | | | | | | 240.00 |
| Account No. | | | | Medical | | | | |
| **Harvard Collection** | | H | | | | | | 354.37 |
| Account No. | | | | Trade debt | | | | |
| **Health Concepts** **8085 Randolph Street** **Hobart, IN 46342** | | J | | | | | | 610.20 |
| Account No. | | | | Trade debt | | | | |
| **Healthport** | | J | | | | | | Unknown |
| Account No. **480153741889** | | | | Opened  5/05/08  Last Active  6/13/10 CreditCard | | | | |
| **Hsbc Bank** **Po Box 52530** **Carol Stream, IL 60196** | | H | | | | | | 999.00 |

Sheet no. __10__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,203.57

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zohar Z Hochenbaum,**
        **Rita Lynn Hochenbaum**                                    Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5489555113068490** | | | **Opened  5/31/05 Last Active  6/01/10 CreditCard** | | | | |
| **Hsbc Bank Po Box 5253 Carol Stream, IL 60197** | | W | | | | | |
| | | | | | | | **800.00** |
| Account No. | | | | | | | |
| **James A. Smith Law Offices 77 W Washington St Chicago, IL 60602** | | W | | | | | |
| | | | | | | | **1,627.50** |
| Account No. **File# 47642** | | | **Trade debt** | | | | |
| **James, Stevens & Daniels JSD Management, Inc. 1283 College Park Drive Dover, DE 19904** | | J | | | | | |
| | | | | | | | **Unknown** |
| Account No. **881671960** | | | | | | | |
| **Joseph Mann & Creed International Media Concepts P.O. Box 437 New Hyde, NY** | | W | | | | | |
| | | | | | | | **124.80** |
| Account No. | | | | | | | |
| **Kane County Sheriff PO Box 35 South Elgin, IL 60177** | | J | | | | | |
| | | | | | | | **1,090.00** |

Sheet no. __11__ of __27__ sheets attached to Schedule of                    Subtotal                    **3,642.30**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zohar Z Hochenbaum,**
     **Rita Lynn Hochenbaum**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8944985a**<br><br>**KCA Financial**<br>**P.O. Box 53**<br>**Geneva, IL 60134** | | H | | | | | **12.13** |
| Account No.<br><br>**Kurtz & Augenlicht, LLP**<br>**123 W Madison St**<br>**Chicago, IL 60602** | | J | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Law Offices of Jeffrey Sobek**<br>**10 S Riverside Plaza STE 1800**<br>**Chicago, IL 60606** | | J | Trade debt | | | | **Unknown** |
| Account No.<br><br>**LTC Nursing Consultant**<br>**PO Box 216**<br>**Palos Heights, IL 60463** | | J | Trade debt | | | | **11,545.00** |
| Account No. **4381993369420**<br><br>**Macysdsnb**<br>**911 Duke Blvd**<br>**Mason, OH 45040** | | H | Opened 5/10/09 Last Active 5/01/10<br>Credit card purchases | | | | **204.00** |

Sheet no. __12__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,761.13**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zohar Z Hochenbaum,**
    **Rita Lynn Hochenbaum**

Case No. _____

                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **1000615430**<br><br>**Malcolm S. Gerald & Associates**<br>**Advocate Illinois Masonic**<br>**332 S. Michigan Avenue, Suite 600**<br>**Chicago, IL 60604** | | W | | Medical | | | | **210.00** |
| Account No. **52070 Collection**<br><br>**Matthews, Pierce & Lloyd, Inc.**<br>**830 Walker Road**<br>**Suite 12**<br>**Dover, DE 19904** | | J | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**McCarthy Burgess, Atty**<br>**26000 Cannon Rd**<br>**Cleveland, OH 44146-1807** | | J | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Med Line Industries, Inc.**<br>**859 West End Court**<br>**#F**<br>**Vernon Hills, IL 60061** | | J | | Trade debt | | | | **2,343.93** |
| Account No.<br><br>**Medical Waste Solutions**<br>**28161 N. Keith Drive**<br>**Lake Forest, IL 60045** | | J | | Trade debt | | | | **496.02** |

Sheet no. __13__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,049.95**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zohar Z Hochenbaum,**
**Rita Lynn Hochenbaum**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6989222** <br><br> **MiraMed Revenue Group** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148-6408** | | H | **05/13/2009, 05/19/09, 12/21/09, 01/07/10, 01/13/10** <br> **Medical** | | | | 1,656.58 |
| Account No. <br><br> **MMBS & Associates** <br> **7300 W. College Drive** <br> **Suite 204** <br> **Palos Heights, IL 60463** | | H | Trade debt | | | | 6,750.00 |
| Account No. <br><br> **Mon-Del & Associates** <br> **5516 W. 110th Street** <br> **Suite 13** <br> **Oak Lawn, IL 60453** | | H | Trade debt | | | | 2,242.82 |
| Account No. **MLA File # 111673** <br><br> **Murphy Lemon (HSM Electronic)** <br> **PO Box 2206** <br> **Des Plaines, IL 60017** | | J | Trade debt | | | | 405.00 |
| Account No. <br><br> **New Currency** <br> **Dolton, IL** | | J | Trade debt | | | | 5,931.70 |

Sheet no. __14__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,986.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zohar Z Hochenbaum,**
         **Rita Lynn Hochenbaum**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **4300651000** | | | | **Trade debt** | | | | |
| **NICOR GAS** P.O. BOX 13589 Aurora, IL 60507-8350 | | H | | | | | | 10,955.00 |
| Account No. | | | | | | | | |
| **North Shore Agency** PO Box 9205 Old Bethpage, NY 11804-9005 | | W | | | | | | 113.00 |
| Account No. **109807** | | | | **Medical** | | | | |
| **North Shore Cardiologists** 2151 Waukegan Suite 100 Bannockburn, IL 60015 | | H | | | | | | 21.43 |
| Account No. | | | | **Medical** | | | | |
| **Northwestern Medical Faculty** 38693 Eagle Way Chicago, IL 60678 | | H | | | | | | 1,497.70 |
| Account No. | | | | **Medical** | | | | |
| **Northwestern Memorial Hospital** P.O. Box 73690 Chicago, IL 60673 | | H | | | | | | 400.00 |

Sheet no. _**15**_ of _**27**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,987.13

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zohar Z Hochenbaum,**
**Rita Lynn Hochenbaum**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **254555858 & 24563427** |  |  | **5/13/2009** |  |  |  |  |
|  |  |  | **Medical** |  |  |  |  |
| **Northwestern Memorial Hospital** **P.O. Box 73690** **Chicago, IL 60673** |  | J |  |  |  |  |  |
|  |  |  |  |  |  |  | **158.88** |
| Account No. **3-08728279** |  |  | **Medical** |  |  |  |  |
| **Northwestern Memorial Hospital** **P.O. Box 73690** **Chicago, IL 60673** |  | H |  |  |  |  |  |
|  |  |  |  |  |  |  | **576.00** |
| Account No. **450089** |  |  | **Medical** |  |  |  |  |
| **Northwestern Memorial Physicians** **75 Remittance Drive** **Suite 1293** **Chicago, IL 60675** |  | H |  |  |  |  |  |
|  |  |  |  |  |  |  | **608.00** |
| Account No. |  |  | **Medical** |  |  |  |  |
| **Northwestern Neurology** **190 E. Delaware Place** **Suite 522** **Chicago, IL 60611** |  | H |  |  |  |  |  |
|  |  |  |  |  |  |  | **10,471.66** |
| Account No. |  |  | **Medical** |  |  |  |  |
| **Oakton Park Medical Center** **4555 Oakton Street** **Skokie, IL 60076** |  | H |  |  |  |  |  |
|  |  |  |  |  |  |  | **335.43** |

Sheet no. __**16**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,149.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zohar Z Hochenbaum,**
         **Rita Lynn Hochenbaum**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Office Depot** | | J | | | | | | |
| | | | | | | | | 5,640.00 |
| Account No. | | | | Trade debt | | | | |
| **Olympia Fields Currency (Penny)** | | J | | | | | | |
| | | | | | | | | 684.00 |
| Account No. **5861** | | | | Trade debt | | | | |
| **Omnicare** **Billing Department** **2313 S Mount Prospect** **Des Plaines, IL 60018** | | J | | | | | | |
| | | | | | | | | 16,677.00 |
| Account No. **970015171784** | | | | Opened  4/10/07  Last Active  6/30/10 CreditCard | | | | |
| **Orchard Bank Mastercard** **c/o HSBC Card Services** **PO Box 88000** **Baltimore, MD 21268** | | H | | | | | | |
| | | | | | | | | 475.00 |
| Account No. **8500057820145** | | | | Opened  4/01/10  Last Active  7/01/10 Other | | | | |
| **Peoplesene** **130 E. Randolph Drive** **Chicago, IL 60601** | | H | | | | | | |
| | | | | | | | | 541.00 |

Sheet no. __17__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,017.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zohar Z Hochenbaum,**
        **Rita Lynn Hochenbaum**
                                                            Case No. _____
                                        _____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PLS Payday Loans** | | J | | | | | **2,000.00** |
| Account No. <br><br> **Psychiatric Wellness** <br> **9669 Kenton Ave STE 209** <br> **Skokie, IL 60076** | | H | Medical | | | | **450.00** |
| Account No. <br><br> **Pyes & Cherin** <br> **29 S. LaSalle Street** <br> **Suite 1100** <br> **Chicago, IL 60603** | | J | Trade debt | | | | **Unknown** |
| Account No. <br><br> **Quality Care Consulting Inc.** <br> **4064 N. Lincoln Avenue** <br> **Suite 308** <br> **Chicago, IL 60618-3038** | | J | Trade debt | | | | **745.29** |
| Account No.  **Ref# 6550458, RMS # 34274121** <br><br> **Quill Corporation** <br> **P.O. Box 94080** <br> **Palatine, IL 60094** | | J | Trade debt | | | | **702.53** |

Sheet no. __**18**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,897.82**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zohar Z Hochenbaum,**
         **Rita Lynn Hochenbaum**

Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Reliable Office Supplies**<br>**8001 Innovation Way**<br>**Chicago, IL 60682** | | J | **Trade debt** | | | | **Unknown** |
| Account No. <br><br>**Revenue Production Management**<br>**Dept 77304**<br>**PO Box 77000**<br>**Detroit, MI 48277** | | J | | | | | **Unknown** |
| Account No. <br><br>**Richard Kaplow, Esq.**<br>**808 Rockerfeller Avenue N W**<br>**Cleveland, OH 44113** | | J | | | | | **450.00** |
| Account No. **22944359**<br><br>**Rush North Shore Medical**<br>**P.O. Box 4233**<br>**Carol Stream, IL 60197** | | H | **11/27/07**<br>**Medical** | | | | **3,900.00** |
| Account No. **479084681**<br><br>**Rush North Shore Medical**<br>**P.O. Box 4233**<br>**Carol Stream, IL 60197** | | H | **11/27/07**<br>**Medical** | | | | **914.00** |

Sheet no. __19__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,264.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zohar Z Hochenbaum,**
      **Rita Lynn Hochenbaum**
                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **22944359**<br><br>**Rush North Shore Medical Center**<br>**P.O. Box 4233**<br>**Carol Stream, IL 60197** | | H | **11/27/07**<br>**Medical** | | | | 815.69 |
| Account No.<br><br>**Saab Downers Grove**<br>**217 Ogden Avenue**<br>**Downers Grove, IL 60515** | | J | | | | | 800.00 |
| Account No.<br><br>**Sam Schwartz Engineering, LLC**<br>**611 Broadway**<br>**Room 415**<br>**New York, NY 10012** | | J | **Trade debt** | | | | 580.00 |
| Account No.<br><br>**Sammons Preston**<br>**1000 Remington Road**<br>**Bolingbrook, IL 60440** | | J | **Trade debt** | | | | 114.39 |
| Account No. **12015132652**<br><br>**Sko Brenner American, Inc.**<br>**40 Daniel Street**<br>**Farmingdale, NY 11735** | | J | **Medical Bills** | | | | 66.75 |

Sheet no. __20__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,376.83

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zohar Z Hochenbaum,**
         **Rita Lynn Hochenbaum**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6600884253 <br><br> **Slm Entities/Glelsi** <br> **2401 International Ln** <br> **Madison, WI 53704** | | W | Opened 3/13/07 Last Active 6/01/10 <br> Educational | | | | 27,865.00 |
| Account No. <br><br> **Social Work Consulting Group** <br> **1104 Hunter Road** <br> **Glenview, IL 60025** | | J | Trade debt | | | | 3,582.00 |
| Account No. <br><br> **Southside Telephone** <br> **8522 192nd Street** <br> **Mokena, IL 60448** | | J | Trade debt | | | | 122.50 |
| Account No. <br><br> **Speedy Check Cashiers, Inc.** <br> **Hammond,Griffith,EastChicago,LakeSt** <br> **425 Huehl Road,, Bldg 3** <br> **Northbrook, IL 60062** | | J | Trade debt | | | | 550.81 |
| Account No. <br><br> **Stahl Cowen, Crowley Addis** <br> **55 W. Monroe Street** <br> **12th Floor** <br> **Chicago, IL 60603** | | J | Attorney Fees | | | | 673.75 |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,794.06

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zohar Z Hochenbaum,**
     **Rita Lynn Hochenbaum**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Standard Provisions** <br>**1007 Genede Street** <br>**Joliet, IL 60431** | | J | Trade debt | | | | Unknown |
| Account No. **0046171** <br><br>**Stericycle** <br>**125 S. Nelson Drive** <br>**Chandler, AZ 85226** | | J | Trade debt | | | | 496.02 |
| Account No. <br><br>**Sysco Foods** | | J | Trade debt | | | | 700.00 |
| Account No. **379309823** <br><br>**Target Nb** <br>**C/O Target Credit Services** <br>**Minneapolis, MN 55440-0673** | | W | Opened  2/07/07  Last Active  7/01/10 <br>CreditCard | | | | 200.00 |
| Account No. <br><br>**Teller Levit & Silvertrust, P.C.** <br>**11 E Adams St, STE 800** <br>**Chicago, IL 60603** | | J | Trade debt | | | | Unknown |

Sheet no. __22__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,396.02

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      **Zohar Z Hochenbaum,**                                                    Case No. _____
           **Rita Lynn Hochenbaum**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Thomas Pest Specialists, Inc.** **72 N. Columbine Avenue** **Lombard, IL 60148** | | J | | | | | 118.00 |
| Account No. | | | Trade debt | | | | |
| **Touhy Pharmacy** **2721 W. Peterson Avenue** **Chicago, IL 60659** | | J | | | | | 4,573.10 |
| Account No. | | | Trade debt | | | | |
| **Transworld Systems** **frmly NCO Financial Systems, Inc** **507 Prudential Rd** **Horsham, PA 19044** | | J | | | | | Unknown |
| Account No. | | | Trade debt | | | | |
| **Tri-State Surgical** **409 Hoyt Street** **Brooklyn, NY 11231** | | J | | | | | 9,183.64 |
| Account No. 3-922-062 | | | Medical | | | | |
| **U of Chicago Physicians Group** **75 Remittance Drive** **Suite 1385** **Chicago, IL 60675** | | H | | | | | 329.00 |

| | | |
|---|---|---|
| Sheet no. __23__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 14,203.74 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zohar Z Hochenbaum,**
         **Rita Lynn Hochenbaum**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ungaretti & Harris** <br> **3500 Three First National Plaza** <br> **70 West Madison St., Suite 3500** <br> **Chicago, IL 60602** | | H | **Trade debt** | | | | **13,632.00** |
| Account No. **36252485** <br><br> **University of Chicago** <br> **1122 Paysphere Circle** <br> **Chicago, IL 60674** | | H | **12/11/2007** <br> **Medical** | | | | **34.77** |
| Account No. **36252483** <br><br> **University of Chicago** <br> **1122 Paysphere Circle** <br> **Chicago, IL 60674** | | J | **12/11/2007** <br> **Medical** | | | | **383.29** |
| Account No. **36244573** <br><br> **University of Chicago** <br> **1122 Paysphere Circle** <br> **Chicago, IL 60674** | | J | **12/11/2007** <br> **Medical** | | | | **159.80** |
| Account No. **299400374** <br><br> **University of Chicago** <br> **1122 Paysphere Circle** <br> **Chicago, IL 60674** | | J | **4/10/2008** <br> **Medical** | | | | **298.50** |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,508.36**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zohar Z Hochenbaum,**
**Rita Lynn Hochenbaum**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **301989059** <br><br> **University of Chicago** <br> **1122 Paysphere Circle** <br> **Chicago, IL 60674** | J | | | | **6/12/2008** <br> **Medical** | | | | 250.00 |
| Account No. <br><br> **University of Chicago** <br> **1122 Paysphere Circle** <br> **Chicago, IL 60674** | J | | | | **Medical** | | | | 308.00 |
| Account No. **36252483** <br><br> **University of Chicago Medical** <br> **1120 Paysphere Circle** <br> **Chicago, IL 60674** | H | | | | **12/11/07, 12/20/07, 2/7/08, 2/28/08** <br> **Medical** | | | | 9,782.71 |
| Account No. <br><br> **University of Chicago Physicians** | J | | | | **12/11/2007** <br> **Medical** | | | | 719.60 |
| Account No. **8402246295** <br><br> **Vericrest Financial, Inc** <br> **715 S Metropolitan** <br> **Oklahoma City, OK 73108** | W | | | | **Opened  4/01/07  Last Active  7/06/09** <br> **Unsecured** | | | | 9,507.00 |

Sheet no. __25__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,567.31

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zohar Z Hochenbaum,**
       **Rita Lynn Hochenbaum**                                       ,      Case No. _____

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **415886**<br><br>**Victor Cornelius**<br>**400 West Main**<br>**Eastland, TX 76448** | | J | Trade debt | | | | 114.05 |
| Account No. **0298887746**<br><br>**VMC & Associates**<br>**PO Box 6035**<br>**Broadview, IL 60155** | | J | Medical | | | | 541.00 |
| Account No. **819-581-0**<br><br>**VMC & Associates** | | J | medical collection | | | | 38.22 |
| Account No.<br><br>**Walmart**<br>**100 Thf Blvd**<br>**Chesterfield, MO 63005-1123** | | J | Trade debt | | | | 1,076.00 |
| Account No.<br><br>**Wayne Smallwood Consulting**<br>**1336 W. Fayette Avenue**<br>**Springfield, IL 62704** | | J | Trade debt | | | | 1,562.50 |

Sheet no. __26__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                        (Total of this page)        **3,331.77**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zohar Z Hochenbaum,**　　　　　　　　　　　　Case No. _____
　　　　**Rita Lynn Hochenbaum**
_____,
　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Weiss, Du Brock & Doody**<br>**One North LaSalle Street**<br>**Suite 1300**<br>**Chicago, IL 60602** | | J | Attorney Fees | | | | **8,882.81** |
| Account No. <br><br>**Your Collection Solution**<br>**1776 North Pine Island Road STE 208**<br>**Plantation, FL 33322** | | J | Trade debt | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __27__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**8,882.81**

Total (Report on Summary of Schedules)　　**481,082.19**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re     **Zohar Z Hochenbaum,**                                                    Case No. _____
          **Rita Lynn Hochenbaum**

_____,
                                   Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Zohar Z Hochenbaum,**
       **Rita Lynn Hochenbaum**

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Zohar Z Hochenbaum**
_____**Rita Lynn Hochenbaum**_____    Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | **IDES** |
| How long employed | | |
| Address of Employer | **Unemployed** | **Unemployed** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **840.67** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **840.67** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **110.50** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **110.50** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **730.17** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **0.00** | $ **730.17** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **730.17** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

9/15/10 2:47PM

In re __Zohar Z Hochenbaum__
__Rita Lynn Hochenbaum__                                    Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,350.00 |
| a. Are real estate taxes included? Yes ___ No _X_ | | |
| b. Is property insurance included? Yes ___ No _X_ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 130.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 90.00 |
| d. Other  Cable Television | $ | 80.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 80.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 48.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 150.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 565.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,123.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:


| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 730.17 |
| b. Average monthly expenses from Line 18 above | $ | 4,123.00 |
| c. Monthly net income (a. minus b.) | $ | -3,392.83 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Zohar Z Hochenbaum**
      **Rita Lynn Hochenbaum**
                                              Debtor(s)

Case No.

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **45**   
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 15, 2010**          Signature   **/s/ Zohar Z Hochenbaum**
                                                  **Zohar Z Hochenbaum**
                                                  Debtor

Date   **September 15, 2010**          Signature   **/s/ Rita Lynn Hochenbaum**
                                                  **Rita Lynn Hochenbaum**
                                                  Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Zohar Z Hochenbaum**
       **Rita Lynn Hochenbaum**
                                       Debtor(s)

Case No.

Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $4,200.00 | **2010 YTD: Husband Business Income** |
| $23,100.00 | **2009: Husband Employment Income** |
| $37,800.00 | **2008: Husband Business Income** |
| $13,640.00 | **2009: Wife Employment Income** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Midwest Bank** | **09/2010** | **$7,600.00** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **2006 L 8760** | | **Circuit Court of Cook County 50 W. Washington Street Chicago, Illinois 60602** | **Pending** |
| **Great Lakes Bank 2006 CH 09302** | **Foreclosure** | **50 W. Washington Street Chicago, Illinois 60602** | **Judgment** |
| **Harper Teresa v. Blue Island Nursing, Davis Tracey et al;  2008-M1723352** | **Garnishment of Wages Non-Payment** | **Circuit Court of Cook County** | **Judgment** |

˚ Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Charles Kraft v. Zohar Hochenbaum 2010 M1 707350** | **Joint Action** | **50 W. Washington Street Chicago, Illinois 60602** | **Dismissed** |
| **Com Ed v. Blue Island Nursing Home Inc; 2010-M1-143972** | **Collection** | **50 W. Washington Street Chicago, Illinois 60602** | **Pending** |
| **Martha Montgomery, Decedent v. Crestwood Care Center et al 2010 L 02512** | | **50 W. Washington Street Chicago, Illinois 60602** | **Pending** |
| **Hal Ruddick v. Blue Island Nursing Home et al 10 CV 1756** | **Civil** | **U.S. District Court 219 S. Dearborn Street Chicago, Illinois 60604** | **Pending** |
| **Midwest Bank 10L51345** | **Collection** | **Circuit Court of Cook County 50 W Washington Street Chicago, IL 60602** | **Pending** |
| **Midwest Bank 10L51346** | **Collection** | **Circuit Court of Cook County 50 W Washington Street Chicago, IL 60602** | **Pending** |
| **David Hirsch & Special Admins of Estate of Maya Hirsch, Deceased, Danit Steinbach, Individually, & Ben Hirsch, a minor by and through his father & friend David Hirsch v. Michael Roth & The City of Chicago; Case Nmbr 008760** | **Reckless Homicide Lawsuit** | **Circucit Court of Cook County 50 W Washington Street Chicago, IL 60602** | **in process** |
| **Speedy Check Cashe v Blue Island Nursing; 2010-M1-18051** | **Contract** | **Circuit Court of Cook County 50 W Washington Street Chicago, IL 60602** | **Pending** |
| **First Midwest Bank v Blue Island Nursing; 2010-M1-501354** | **Confession of Judgement** | **Circuit Court of Cook County 50 W Washington Street Chicago, IL 60602** | **Pending** |
| **Access One Inc v. Blue Island Nursing; 2010-M1-166677** | **Collection** | **Circuit Court of Cook County 50 W Washington Street Chicago, IL 60602** | **Pending** |
| **City Chicago v. Phillips Kasim, Blue Island Nursing; 2010-M1-664727** | **REGISTRATION OF ADMINISTRATIVE JUDGMENT** | **Circuit Court of Cook County 50 W Washington Street Chicago, IL 60602** | **Pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
☐
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **$800.00 Cash** | **Gambling** | **2/2010** |

### 9.  Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Ken Ditkowsky**<br>**5940 West Touhy Avenue**<br>**Suite 230**<br>**Niles, IL 60714** | **8-11-10** | **$3,000.00** |

### 10.  Other transfers

None
■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3150 W. Oakley, Chicago, Illinois 60618** | **Zohar Z Hochenbaum** | |
| **1140 W. Wrightwood Avenue Chicago, Illinois 60614** | **Zohar Z Hochenbaum** | **01-2010 thru 04-29-2010** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **MZL Limited Partnership** | 5184 | **2680 N. Orchard Chicago, IL 60614** | **Real Estate** | **1998 to 6-25-2010** |
| **Blue Island Nursing Home, Inc.** | 36-3647546 | **2680 N. Orchard Chicago, IL 60604** | **Nursing Home** | **1998 to 6-25-2010** |
| **Michael Perl** | 36-3647546 | **1430 Oakwood Highland Park, IL 60035** | **Nursing Home** | **1998 to 2007** |

None
■      b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐      a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Peggy Brown Schaefer, CPA C/o MMBS & Associates Ltd 7330 W. College Drive Suite 204 Palos Heights, IL 60463** | **1-1-09 to current** |
| **David Gilfano Ltd 520 Lake Cook Road Deerfield, IL 60015** | **1-1-08 to 12-31-08** |

None
■      b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

None
☐      d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **First Midwest Bank 17500 S. Oak Park Avenue Tinley Park, IL 60477** | |

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Zohar Hochenbaum**<br>**2680 N. Orchard**<br>**Chicago, IL 60604** | **MZL Limited Partnership** | **100%** |

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Zohar Hochenbaum**<br>**Blue Island Nursing Home**<br>**2680 N. Orchard**<br>**Chicago, IL 60614** | **President** | **100%** |
| **Rita Hochenbaum**<br>**Blue Island Nursing Home, Inc.**<br>**2680 N. Orchard**<br>**Chicago, IL 60614** | **Secretary** | |

**22 . Former partners, officers, directors and shareholders**

None
☐    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| **Michael Perl** | **7416 N Tripp**<br>**Skokie, IL 60076** | **2007** |

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **September 15, 2010**              Signature    **/s/ Zohar Z Hochenbaum**
                                                       **Zohar Z Hochenbaum**
                                                       Debtor

Date **September 15, 2010**              Signature    **/s/ Rita Lynn Hochenbaum**
                                                       **Rita Lynn Hochenbaum**
                                                       Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Zohar Z Hochenbaum**
     **Rita Lynn Hochenbaum**

Debtor(s)

Case No.

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Capital One Auto Finance** | **Describe Property Securing Debt:**<br>**2002 Mercedes Benz SLK 32**<br>**Location: 2680 N. Orchard, Chicago IL 60614** |
| Property will be (check one):<br>☐ Surrendered       ■ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>■ Other.  Explain  <u>Re-negotiation of Loans</u>   (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>■ Claimed as Exempt       ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐  YES       ☐  NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or
personal property subject to an unexpired lease.

Date  <u>**September 15, 2010**</u>          Signature  **/s/ Zohar Z Hochenbaum**
                                                    **Zohar Z Hochenbaum**
                                                    Debtor


Date  <u>**September 15, 2010**</u>          Signature  **/s/ Rita Lynn Hochenbaum**
                                                    **Rita Lynn Hochenbaum**
                                                    Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re **Zohar Z Hochenbaum**
**Rita Lynn Hochenbaum**

Case No. _____

Chapter **7**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **3,000.00** |
| Prior to the filing of this statement I have received | $ **3,000.00** |
| Balance Due | $ **0.00** |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 15, 2010**

**/s/ Ken Ditkowsky**
**Ken Ditkowsky**
**Law Offices of Ken Ditkowsky**
**5940 West Touhy Avenue**
**Suite 230**
**Niles, IL 60714**
**847 600 3421  Fax: 847 600 3425**
**kenditkowsky@yahoo.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Zohar Z Hochenbaum**
       **Rita Lynn Hochenbaum**                         Case No.

                                        Debtor(s)          Chapter     **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Zohar Z Hochenbaum** | X   **/s/ Zohar Z Hochenbaum** | **September 15, 2010** |
| **Rita Lynn Hochenbaum** | | |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X   **/s/ Rita Lynn Hochenbaum** | **September 15, 2010** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Zohar Z Hochenbaum**
     **Rita Lynn Hochenbaum**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     **161**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 15, 2010**     **/s/ Zohar Z Hochenbaum**
                                        **Zohar Z Hochenbaum**
                                        Signature of Debtor

Date:   **September 15, 2010**     **/s/ Rita Lynn Hochenbaum**
                                          **Rita Lynn Hochenbaum**
                                        Signature of Debtor

Access One


Advocate Illinois Masonic
22393 Network Place
Chicago, IL 60673


Advocate Illinois Masonic Hospital


Alan Lasser, MD
4905 Old Orchard
Suite 318
Skokie, IL 60077


All Brand Medical
1935 Shermer Road
Northbrook, IL 60062


Allied Waste Services
13701 Crestwood Il
Crestwood, IL 60445


ALW Sourcing Inc
1804 Washington Blvd.
Baltimore, MD 21230


Amex
P.O. Box 981537
El Paso, TX 79998


ARM Solution
28161 N Keith Dr
Lake Forest, IL 60045


Arm Solutions
P.O. Box 11029
Charlotte, NC 28220


Armor Systems Co (Original Creditor
1700 Kiefer Dr Ste 1
Zion, IL 60099

Armor Systems, Inc.
1700 Kiefer Drive
Suite #1
Zion, IL 60099


Assurance Agency
One Century Centre
Schaumburg, IL 60173


AT&T
PO Box 8100
Aurora, IL 60507-8100


Atlas Fire & Safety
10685-B Hazelhurst Drive
Houston, TX 77043


Bank Of America
Po Box 17054
Wilmington, DE 19850


Bill Klein
2721 W. Peterson Avenue
Chicago, IL 60659


Blue Island Currency
Blue Island, IL


Bonnie Schoenberg (Speedy Check)


Canine Coiffure Ltd
454 Green Bay Rd #4
Highwood, IL 60040


Cap One
Po Box 85015
Richmond, VA 23285-5075


Cap One
Po Box 85520
Richmond, VA 23285

Capital One Auto Finance


Care/Gemb
Po Box 981439
El Paso, TX 79998-1439


Chase Bp
225 Chastain Meadows Court
Kennesaw, GA 30144


Christine Koziel
1632 S. Trumbull Avenue
Chicago, IL 60623


Citi
Po Box 6241
Sioux Falls, SD 57117


CITIBANK CBSD NA
P O BOX 6241
Sioux Falls, SD 57117-6241


City of Blue Island
13051 S. Greenwood Avenue
Blue Island, IL 60406


Comcast
PO Box 3002
Southeastern, PA 19398-3002


CommonWealth Edison
Customer Care
P.O. Box 805379
Chicago, IL 60660


Cook County Treasurer
118 N. Clark Street
Suite 12
Chicago, IL 60602


Corporate Claims Systems, Inc.
5247 N Elston
Chicago, IL 60630

Crest Healthcare


Currency Exchange PLS


Cynthia Chow & Associates
5061 N. Pulaski Road
Suite 300
Chicago, IL 60630


David Gilfand
520 Lake Cook Road
Deerfield, IL 60015


Direct Supply
6767 N. Industrial Road
Milwaukee, WI 53223


Diverse Media, Inc.
28720 Interstate 10 W
Boerne, TX 78006


DMC Security
4455 147th Street
Midlothian, IL 60445


Donald Nelson
c/o Kurtz Augenlicht, LLP
123 W Madison St, STE 700
Chicago, IL 60602


Dowd, Bloch & Bennet
8 S. Michigan Avenue
19th Floor
Chicago, IL 60603


Emdeon Business Service
formerly Medifax
3055 Lebanon Pike, STE 1000
Nashville, TN 37214


Empire Cooler
940 W. Chicago Avenue
Chicago, IL 60622

Encore Receivable Mgmt
400 N Rogers Rd
PO Box 3330
Olathe, KS 66063-3330


Fashion First
8844 N Kostner
Skokie, IL 60076


Ferry & Associates Architects
217 S. 7th Street
Springfield, IL 62701


Ffcc-Columbus Inc (Original Credito
1550 Old Henderson Rd St
Columbus, OH 43220


FIA Card Services
Card Services Payment Processing Ct
PO Box 15137
Wilmington, DE 19850-5137


First Insurance Funding
450 Skokie Blvd
Suite 1000
Northbrook, IL


First Midwest Bank
17500 S. Oak Park Avenue
Tinley Park, IL 60477


First Midwest Bank


First Midwest Bank
PO Box 9003
Gurnee, IL 60031


Flatiron Capital
950 17th St STE 1300
Denver, CO 80202


G.I. Specialists
P.O. Box 77-2788
Chicago, IL 60678

General Plumbing


Gordon Food Service
220 E. Roosevelt Road
Villa Park, IL


Groszek Law Firm
3601 N. Pulaski Road
Chicago, IL 60641


Harley Ellis Devereaux
401 W. Superior Street
Chicago, IL 60654


Harris & Harris


Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Harry Miller Laundry, Inc.
3900 W. 127th Street
Alsip, IL 60803


Harvard Collection


Harvard Collection Service, Inc.
4839 Elston Avenue
Chicago, IL 60630


Health Concepts
8085 Randolph Street
Hobart, IN 46342


Healthport


Hsbc Bank
Po Box 52530
Carol Stream, IL 60196

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


IDES
1615 Oak Avenue
Evanston, IL 60201


Illinois Department of Public Aid
Springfield, IL 60181-3504


Illinois Department of Revenue
P.O. Box 1040
Galesburg, IL 61402-1040


Illinois Dept of Public Health
4212 W. Saint Shaws Road
Bellwood, IL 60104


Illinois State Disbursements


Internal Revenue Service
230 S. Dearborn Street
Chicago, IL 60604


James A. Smith Law Offices
77 W Washington St
Chicago, IL 60602


James, Stevens & Daniels
JSD Management, Inc.
1283 College Park Drive
Dover, DE 19904


Joseph Mann & Creed
International Media Concepts
P.O. Box 437
New Hyde, NY


Kane County Sheriff
PO Box 35
South Elgin, IL 60177

KCA Financial
P.O. Box 53
Geneva, IL 60134


Kurtz & Augenlicht, LLP
123 W Madison St
Chicago, IL 60602


Kurtz Augenlicht, LLP
123 W Madison St
Chicago, IL 60602


Law Offices of James A. West, P.C.
6380 Rogerdale Road
Suite 130
Houston, TX 77072


Law Offices of Jeffrey Sobek
10 S Riverside Plaza STE 1800
Chicago, IL 60606


LTC Nursing Consultant
PO Box 216
Palos Heights, IL 60463


Macysdsnb
911 Duke Blvd
Mason, OH 45040


Malcolm S. Gerald & Associates
Advocate Illinois Masonic
332 S. Michigan Avenue, Suite 600
Chicago, IL 60604


Matthews, Pierce & Lloyd, Inc.
830 Walker Road
Suite 12
Dover, DE 19904


McCarthy Burgess, Atty
26000 Cannon Rd
Cleveland, OH 44146-1807

Med Line Industries, Inc.
859 West End Court
#F
Vernon Hills, IL 60061


Medical Waste Solutions
28161 N. Keith Drive
Lake Forest, IL 60045


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148-6408


Miramed Revenue Group LLC
991 Oak Creek Drive
Lombard, IL 60148


MMBS & Associates
7300 W. College Drive
Suite 204
Palos Heights, IL 60463


Mon-Del & Associates
5516 W. 110th Street
Suite 13
Oak Lawn, IL 60453


Murphy Lemon (HSM Electronic)
PO Box 2206
Des Plaines, IL 60017


NCO Financial Systems, Inc.
PO Box 17196
Baltimore, MD 21297


New Currency
Dolton, IL


NICOR GAS
P.O. BOX 13589
Aurora, IL 60507-8350

North Shore Agency
PO Box 9205
Old Bethpage, NY 11804-9005


North Shore Cardiologists
2151 Waukegan
Suite 100
Bannockburn, IL 60015


Northwestern Medical Faculty
38693 Eagle Way
Chicago, IL 60678


Northwestern Memorial Hospital
P.O. Box 73690
Chicago, IL 60673


Northwestern Memorial Physicians
75 Remittance Drive
Suite 1293
Chicago, IL 60675


Northwestern Neurology
190 E. Delaware Place
Suite 522
Chicago, IL 60611


Oakton Park Medical Center
4555 Oakton Street
Skokie, IL 60076


Office Depot


Olympia Fields Currency (Penny)


Omnicare
Billing Department
2313 S Mount Prospect
Des Plaines, IL 60018


Omnicare

Orchard Bank Mastercard
c/o HSBC Card Services
PO Box 88000
Baltimore, MD 21268


Peoplesene
130 E. Randolph Drive
Chicago, IL 60601


PLS Payday Loans


Psychiatric Wellness
9669 Kenton Ave STE 209
Skokie, IL 60076


Pyes & Cherin
29 S. LaSalle Street
Suite 1100
Chicago, IL 60603


Quality Care Consulting Inc.
4064 N. Lincoln Avenue
Suite 308
Chicago, IL 60618-3038


Quill Corporation
P.O. Box 94080
Palatine, IL 60094


Reliable Office Supplies
8001 Innovation Way
Chicago, IL 60682


Revenue Production Management
Dept 77304
PO Box 77000
Detroit, MI 48277


Richard Kaplow, Esq.
808 Rockerfeller Avenue N W
Cleveland, OH 44113

Rush North Shore Medical
P.O. Box 4233
Carol Stream, IL 60197


Rush North Shore Medical Center
P.O. Box 4233
Carol Stream, IL 60197


Saab Downers Grove
217 Ogden Avenue
Downers Grove, IL 60515


Sam Schwartz Engineering, LLC
611 Broadway
Room 415
New York, NY 10012


Sammons Preston
1000 Remington Road
Bolingbrook, IL 60440


Sanders & Douglas (Collection)
120 S Houghton Rd STE 138 - 257
Tucson, AZ 85748


SEIU Local #4
7026 W. North Avenue
Suite 200
Elmwood Park, IL 60707


SEIU Local #4
7026 W. North Ave
STE 200
Elmwood Park, IL 60707


Sko Brenner American, Inc.
40 Daniel Street
Farmingdale, NY 11735


Slm Entities/Glelsi
2401 International Ln
Madison, WI 53704

Social Work Consulting Group
1104 Hunter Road
Glenview, IL 60025


Southside Telephone
8522 192nd Street
Mokena, IL 60448


Speedy Check Cashiers, Inc.
Hammond,Griffith,EastChicago,LakeSt
425 Huehl Road,, Bldg 3
Northbrook, IL 60062


Stahl Cowen, Crowley Addis
55 W. Monroe Street
12th Floor
Chicago, IL 60603


Standard Provisions
1007 Genede Street
Joliet, IL 60431


Stericycle
125 S. Nelson Drive
Chandler, AZ 85226


Steven Fink & Assoc
25 W Washington St. STE 1233
Chicago, IL 60602-1876


Steven Fink & Assoc
25 E Washington STE 1223
Chicago, IL 60602


Sysco Foods


Target Nb
C/O Target Credit Services
Minneapolis, MN 55440-0673


Teller Levit & Silvertrust, P.C.
11 E Adams St, STE 800
Chicago, IL 60603

Thomas Pest Specialists, Inc.
72 N. Columbine Avenue
Lombard, IL 60148


Touhy Pharmacy
2721 W. Peterson Avenue
Chicago, IL 60659


Transworld Systems
frmly NCO Financial Systems, Inc
507 Prudential Rd
Horsham, PA 19044


Tri-State Surgical
409 Hoyt Street
Brooklyn, NY 11231


Trina Harris


U of Chicago Physicians Group
75 Remittance Drive
Suite 1385
Chicago, IL 60675


Ungaretti & Harris
3500 Three First National Plaza
70 West Madison St., Suite 3500
Chicago, IL 60602


United Recovery Services
P.O. Box 722929
Houston, TX 77272


University of Chicago
1122 Paysphere Circle
Chicago, IL 60674


University of Chicago Medical
1120 Paysphere Circle
Chicago, IL 60674


University of Chicago Physicians

Vericrest Financial, Inc
715 S Metropolitan
Oklahoma City, OK 73108


Victor Cornelius
400 West Main
Eastland, TX 76448


VMC & Associates
PO Box 6035
Broadview, IL 60155


VMC & Associates


VMC & Associates, Inc.
P.O. Box 6035
Broadview, IL 60155


Walmart
100 Thf Blvd
Chesterfield, MO 63005-1123


Wayne Smallwood Consulting
1336 W. Fayette Avenue
Springfield, IL 62704


Weiss, Du Brock & Doody
One North LaSalle Street
Suite 1300
Chicago, IL 60602


WI SCTF
Milwaukee, WI


Your Collection Solution
1776 North Pine Island Road STE 208
Plantation, FL 33322